Sarah M. Nielsen
Name and Prisoner/Booking Number
Estrella Jail
Place of Confinement
PO BOX 3700 A3-99u
Mailing address
Goodyear AZ 85338
City, State, Zip

```
☑ FILED      ___ LODGED
___ RECEIVED ___ COPY

   OCT 19 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE United States District Court For THE District Of Arizona

Case No. CV23-02174-PHX-MTL--ASB
To Be Supplied by Clerk

Sarah M. Nielsen
(Full Name of Plaintiff)

CIVIL RIGHTS COMPLAINT BY A PRISONER

Plaintiff,

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

V.

(1) Maricopa County Estrella Jail
Full Name of Defendant
(2) _____
(3) _____
(4) _____
Defendant(s)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCivP 54
(Rule Number/Section)

☐ Check if there are additional Defendants and attach page 1-A listing them

A. JURISDICTION

1. This court has jurisdiction over this action pursuant to:
☐ 28 U.S.C § 1343(a); 42 U.S.C § 1983
☐ 28 U.S.C § 1331; Bivens v. Six unknown Federal Narcotics Agents, 403 U.S. 38 (1971).
☐ Other

2. Institution/city where violation occurred: Estrella Jail 2939 W. Durango St, PHX AZ 85009.

3.

550/555

pg 1

B. Defendants

1. NAME of first Defendant: Maricopa County Estrella Jail. The first Defendant is employed as: Corretions institution at Estrella Jail 2939 W. Durango St Phx AZ 85009.

2. NAME of Second Defendant: _____. The Second defendant is employed as: ____(position/title)____ as: _____ at _____ Institution.

3. NAME of third Defendant: _____. The third defendant is employed as: ____(position/title)____ at ____(institution)____.

4. NAME of Fourth Defendant: _____. The Fourth Defendant, employed _____ as: ____(position/title)____ at ____(institution)____.

If you name more than four Defendants, answer the question listed above for each additional Defendant on a separate page.

C. Previous Lawsuits

1. Have you filed any other lawsuits while you were a Prisoner ☐ yes ☒ NO

2. If yes, how many lawsuits have you filed? ____. Describe previous lawsuits:

a. First prior lawsuit:
1. Parties: NA v. NA
2. Court and case Number: NA
3. Result: (was the case dismissed? was it appealed? is it still pending?) _____

b. Second prior lawsuit:
1. Parties: _____ v. _____
2. Court and Case Number: _____
3. Result: (was the case dismissed? was it appealed? is it pending?) _____

pg-2

## D. Cause of Action
### Count 1

1. State the Constitutional or other federal Civil Right that was violated: <u>During incarsiration at Estrella jail I was Subjected to Black mold.</u>

2. Count I. Identify the issue involved:
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Mail
   - ☐ Access to Court
   - ☐ Property
   - ☐ Threat to Safety
   - ☐ Retaliation
   - ☒ Other: Threat to Health

3. Supporting Facts: State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. <u>We Could Clearly see the Black Mold throughout the entire jail. Black Mold was throughout the entire jail including the ventilation System & Shower/toilet areas.</u>

4. Injury. State how you were injured by the actions or inactions of the defendant(s): <u>Consistly breathing in Black mold causes a major threat to my Respritory System.</u>

5. Administrative Remedes
   a. Are there any administrative remedes (grievance procedures or administrative appeals) available at your institution? NO
   b. Did you Submit a request for administrative relief on Count I? ☒Yes
   c. Did you appeal your request for relief on Count I? ☒Yes ☐No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not: They did not have anything in place, they said to fill out this packet/ fill out lawsuit.

pg 3

E. Request For Relief

State the Relief you are seeking:
Financial Compensation For Every day I have Served time in estrella dating back to 2017, In the amount of $100,000, Due to the Health Risk.

I declare under penalty of perjury that the foregoing is true and correct.

executed on 09/25/23                    *(signature)*
           DATE                         Signature of Plaintiff

(Name and title paralegal, legal assistant)

(Signature of Attorney)

Attorney address + telephone number

pg 4